## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **NORTH AMERICAN CAPACITY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-06-3254** |
| | § | |
| **GONZALO MEZA, individually d/b/a** | § | |
| **MEZA AIR CONDITIONING AND** | § | |
| **HEATING,** | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM AND ORDER

Based on the Plaintiffs' Notice of Dismissal (Doc. # 4), this case is hereby **DISMISSED**

**WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(i).

**IT IS SO ORDERED.**

**SIGNED** this 20th day of December, 2006.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT